STATE, VAN BUSKIRK, PROSECUTOR, v. HOAGLAND ET AL.

STATE, WURTS ET AL., PROSECUTORS, v. HOAGLAND ET AL.

On error to the Supreme Court.

For the plaintiffs in error, *J. G. Shipman* and *B. Gummere.*

For the defendant in error, *T. Little.*

PER CURIAM. Judgments below affirmed.

*For affirmance* — THE CHANCELLOR, CHIEF JUSTICE, DIXON, REED, VAN SYCKEL, CLEMENT, COLE, DODD, GREEN, WHITTAKER. 10.

*For reversal*—None.